FILED:  June 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1734
(5:26-cv-00291)

_____

In re: MAGUS JAMYE REFICUL AHNEND

Petitioner

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk