FILED: July 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 26-1734
(5:26-cv-00291)

———————————

In re: MAGUS JAMYE REFICUL AHNEND

    Petitioner

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the petition for writ of

mandamus is denied.

/s/ NWAMAKA ANOWI, CLERK